IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:20-CR-186-SDJ-CAN-1 |
| LISA MICHELLE GEORGE (1) | § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 18, 2021, to determine whether Defendant violated her supervised release. Defendant was represented by Denise Benson. The Government was represented by Marisa Miller.

On February 22, 2021, United States District Judge Sean D. Jordan sentenced Defendant to time served and three (3) years of supervised release, $250.00 in restitution, and a special assessment fee of $100.

On May 24, 2021, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 40). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must report to the U.S. Probation Office within seventy-two (72) hours of release from custody; and (2) Defendant must live at a place approved by the probation officer and notify the probation officer at least ten (10) days before changing living arrangements.

The Petition asserts that Defendant violated these conditions because: (1) Defendant was released from custody on February 22, 2021, and failed to report to the U.S. Probation Office; and (2) Defendant failed to notify the U.S. Probation Office of her change in residence. The Petition

asserts that numerous attempts to contact Defendant were unsuccessful, and Defendant is considered an absconder from supervision.

At the October 18, 2021 hearing, Defendant entered a plea of true to allegations 1 and 2. Dkt. 46. Defendant also consented to revocation of her supervised release and waived her right to appear before the District Judge. *See* Dkt. 51. The Court finds that Defendant has violated the terms of her supervised release, and thus, her supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 18, 2021 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons for a term of four (4) months' imprisonment, to be followed by a term of thirty-two (32) months of supervised release under the same conditions previously imposed.

**So ORDERED and SIGNED this 21st day of October, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE